**3**

**TRUDI G. MANFREDO,** Bar No. 166474
Chapter 7 Trustee
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 13-15096-A-7 |
| | Chapter 7 |
| RAUL YANEZ SANCHEZ and CARMEN ESTRADA DE SANCHEZ, | TMT-1 |
| | Date:  February 12, 2014 |
| | Time:  9:00 a.m. |
| Debtor(s). | Dept.: A, Courtroom 11, Fresno |
| | Honorable Fredrick E. Clement |

**MOTION TO SELL PERSONAL PROPERTY**

Trudi G. Manfredo, Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") of RAUL YANEZ SANCHEZ and CARMEN ESTRADA DE SANCHEZ ("Debtors"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1.   Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2.   Debtors filed under Chapter 7 of the Bankruptcy Code on July 25, 2013, and an order for relief was entered.

3.   This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a).  This is a core proceeding under 28 U.S.C.

1

§157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate is a 2008 Ford Escape, VIN 1FMCU03198KB91077 ("Personal Property").

5. Trustee has received and accepted an offer, subject to higher and better bid at the hearing, from the Debtors to purchase the bankruptcy estate's interest in the Personal Property for $7,200.00, less Debtor's exemption of $2,900.00, for a net to the bankruptcy estate of $4,300.00.

6. In deciding to accept the offer, Trustee believes that this is a fair and equitable price for the Personal Property. Trustee believes the value of the vehicle is $8,000.00. If Trustee were able to auction the vehicle at that price, after paying 15% commission ($1,200.00) to the auctioneer and $2,900.00 to the debtors for their exemption, the estate would only receive $3,900.00.

7. The price to be received at auction is never certain and the delay involved in auctioning these assets is not warranted.

8. Based on her business judgment, Trustee believes that the sale of the above-described Personal Property is in the best interest of the creditors of this estate and all parties in interest.

9. There will be no adverse tax consequences to the estate as a result of the sale.

10. This sale is subject to higher and better bid at the hearing noted above.

11. Any prospective bidder for the vehicle must bring certified funds to the hearing in the amount of $7,200.00 made out to Trudi G. Manfredo, Chapter 7 Trustee, which is non-refundable if that bidder

is the successful bidder and fails to perform. Bids will be in $500.00 increments. Prospective bidders must also bring documentary evidence of the ability to pay the amount of their bid.

12. Trustee requests that the provisions of Bankruptcy Rule 6004(h) be waived.

WHEREFORE, Trustee prays

1. That the Motion be granted;

2. That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the non-exempt equity in the above Personal Property to Debtors for $7,200.00, less debtors exemption of $2,900.00, for a net to the estate of $4,300.00.

3. That the provisions of Bankruptcy Rule 6004(h) be waived; and

4. For such other and further relief as the Court deems just and proper.

DATED: 1-10-14

By /s/ Trudi G. Manfredo
TRUDI G. MANFREDO,
Chapter 7 Trustee